**RECEIVED**
IN LAKE CHARLES, LA.

JUN 17 2016

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ARIEL LUNA | * | DOCKET NO. 15-cv-1415 |
| BOP #84563-280 | * | |
| | * | |
| v. | * | JUDGE MINALDI |
| | * | |
| | * | |
| WARDEN CLAY ET AL | * | MAGISTRATE JUDGE KAY |

****************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 8) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 16 day of _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE